MARK D. LONERGAN (State Bar No. 143622)
MARY KATE SULLIVAN (State Bar No. 180203)
LASZLO LADI (State Bar No. 265564)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| KATHERINE KING, | Case No. 2:19-cv-01983-WBS-AC |
|---|---|
| Plaintiff, | [Assigned to Judge William B. Shubb] |
| vs. | **JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT; ORDER** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC.; WELLS FARGO BANK, N.A. | |
| Defendants. | Complaint Filed: October 1, 2019 |

Pursuant to United States District Court, Eastern District of California, Civil Local Rule 144(a), which requires Court approval for any extension to respond to the initial complaint beyond 28 days, plaintiff Katherine King ("Plaintiff"), through her undersigned counsel, and Wells Fargo Bank, N.A. ("Defendant"), by and through its undersigned counsel, hereby jointly move for an extension for Defendant to file its responsive pleading based on the following facts:

1. Defendant's deadline to respond to the initial complaint was October 22, 2019;

2. Plaintiff and Defendant entered into a stipulation to postpone the response deadline to November 19, 2019;

3. Plaintiff and Defendant are engaged in settlement discussions and informal fact finding and jointly move to extend the response deadline to December 17, 2019.

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | DATED: November 15, 2019 | GALE, ANGELO, JOHNSON, & PRUETT, P.C. |

By: _/s Joe Angelo_
Joe Angelo

Attorneys for Plaintiff KATHERINE KING

DATED: November 15, 2019    Respectfully submitted,

SEVERSON & WERSON
A Professional Corporation

By: _/s/ Laszlo Ladi_
Laszlo Ladi

Attorneys for Defendant
WELLS FARGO BANK, N.A.

I, Laszlo Ladi, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Joe Angelo has concurred in this filing.

By: _/s/ Laszlo Ladi_

## **ORDER**

Pursuant to the joint stipulation of plaintiff Katherine King and defendant Wells Fargo Bank, N.A., and good cause appearing, the deadline for Defendant to respond to Plaintiffs' complaint is hereby extended to December 17, 2019. No other deadlines shall be affected by this Order.

IT IS SO ORDERED.

DATED: November 19, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE