1 | Jennifer Sun (State Bar No. 238942)
jennifersun@jonesday.com
2 | JONES DAY
3161 Michelson Drive, Suite 800
3 | Irvine, CA 92612.4408
Telephone: (949) 851-3939
4 | Facsimile: (949) 553-7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| KATHERINE KING, | Case No. 2:19-cv-01983-WBS-AC |
|---|---|
| Plaintiff, | Hon. William B. Shubb |
| v. | **ORDER GRANTING SECOND STIPULATION TO EXTEND THE DEADLINE TO RESPOND TO THE COMPLAINT** |
| Experian Information Solutions, Inc.; Equifax Information Services, LLC; TransUnion, LLC, Wells Fargo Bank, N.A., | |
| Defendants. | Complaint filed: October 1, 2019 |

Pursuant to the joint stipulation between Plaintiff Katherine King ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), the deadline for Experian to answer, object, or otherwise respond to Plaintiff's Complaint, is extended from November 21, 2019, up through and including **December 23, 2019**.

**IT IS SO ORDERED.**

DATED: November 19, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE