Katherine E. Carlton Robinson, Esq. (IN #31694-49)
  *(admitted Pro Hac Vice)*
Debra A. Miller, Esq. (IN #27254-49)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  krobinson@schuckitlaw.com
E-Mail:  dmiller@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*
*Designated Counsel for Service*


Eileen T. Booth, Esq. (CSB #182974)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA  95825
Telephone:  916-971-4100
Fax:  916-971-4150
E-Mail:  ebooth@jacobsenmcelroy.com

*Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| KATHERINE KING,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC; and WELLS FARGO BANK, N.A.;<br>　　　　Defendants. | CASE NO. 2:19-cv-01983-WBS-AC<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY** |

　　　　Plaintiff Katherine King ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 2:19-CV-01983-WBS-AC**

be dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2), with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: January 9, 2020      */s/ Joseph B. Angelo (as authorized on 1/9/20)*
Joseph B. Angelo, Esq.
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Boulevard, Suite 250
Roseville, CA 95747
Telephone: (916) 290-7778
Fax: (916) 721-2767
E-Mail: jangelo@gajplaw.com

*Counsel for Katherine King*

Date: January 9, 2020      */s/ Debra A. Miller*
Katherine E. Carlton Robinson, Esq.
 (IN #31694-49)
  *(admitted Pro Hac Vice)*
Debra A. Miller, Esq. (IN #27254-49)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: krobinson@schuckitlaw.com
E-Mail: dmiller@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Eileen T. Booth, Esq. (CSB #182974)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA 95825
Telephone: 916-971-4100
Fax: 916-971-4150
E-Mail: ebooth@jacobsenmcelroy.com

*Local Counsel for Defendant Trans Union, LLC*

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 2:19-CV-01983-WBS-AC**

Page 2 of 3

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Katherine King against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Katherine King and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Dated: January 10, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DISTRIBUTION TO:

| Joseph Angelo, Esq. <br> jangelo@gajplaw.com | Debra A. Miller, Esq. <br> dmiller@schuckitlaw.com |
|---|---|
| Eileen Booth, Esq. <br> ebooth@jacobsenmcelroy.com | Jennifer Sun, Esq. <br> jennifersun@jonesday.com |
| Laszlo Ladi, Esq. <br> ll@severson.com | Thomas P. Quinn, Jr., Esq. <br> tquinn@nokesquinn.com |
| Katherine E. Carlton Robinson, Esq. <br> krobinson@schuckitlaw.com | |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 2:19-CV-01983-WBS-AC**

Page 3 of 3