Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Katherine King

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| KATHERINE KING,<br><br>    Plaintiff,<br><br>  vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et. al.<br>    Defendants. | Case No.: 2:19-cv-01983-WBS-AC<br><br>**ORDER** |

Pursuant to the stipulation of the Parties, Wells Fargo Bank, N.A. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  April 23, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE